# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re: Vanessa Fortman** | ) | **17 B 00391** |
| | ) | |
| Debtor(s) | ) | **Judge Janet S Baer** |

### *AMENDED NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

Vanessa Fortman                           David M Siegel
1026 Colorado Ave                         790 Chaddick Dr
Aurora IL 60506                           Wheeling IL 60090

Please take notice that the Motion to Dismiss for Failure to Make Plan Payments that was noticed for Judge Baer's court on Docket #33 is amended.  **The correct date is February 28, 2020, Kane County Courthouse, 100 South 3rd Street Room 240, Geneva IL 60134.**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the US Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on February 6, 2020.

/S/ Louise Karmia
For Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road Suite 650
Lisle, IL 60532-4350
630-981-3888